44 So.2d 29

**George J. MURPHY v. STATE.**

4 Div. 562.

Supreme Court of Alabama.

Nov. 8, 1949.

J. Hubert Farmer, of Dothan, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

42 So.2d 844

**Alton R. OGLETREE v. KERSHAW, BUTLER, ENGINEERS, Ltd.**

8 Div. 445.

Supreme Court of Alabama.

Oct. 25, 1949.

Wade H. Morton, of Birmingham, for appellant.

Robt. W. Smith, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

46 So.2d 856

**George W. PARKER v. Madeline PARKER.**

1 Div. 410.

Supreme Court of Alabama.

April 6, 1950.

PER CURIAM.

Appeal dismissed, motion of appellant.

46 So.2d 857

**Louis PERRY v. STATE.**

6 Div. 3.

Supreme Court of Alabama.

April 20, 1950.

T. K. Selman and R. L. Newton, of Jasper, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 29

**John W. PHARR v. Jodie M. PHARR.**

6 Div. 965.

Supreme Court of Alabama.

Nov. 29, 1949.

PER CURIAM.

Appeal dismissed, motion of appellant.

44 So.2d 29

**B. W. PIERCE, Sr. v. LEE BROTHERS FOUNDRY CO., Inc.**

7 Div. 14.

Supreme Court of Alabama.

Nov. 17, 1949.

Ross Blackmon, of Anniston, for appellant.

Knox, Jones, Woolf & Merrill, of Anniston, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.